574 A.2d 602

**Leonard E. BLOOM, William H. Loose, and William M. Vogle, Appellants,**

v.

**BOROUGH OF PHILIPSBURG.**

Supreme Court of Pennsylvania.

Argued May 10, 1990.

Decided May 23, 1990.

Edward S. Blanarik, Jr., State College, for appellants.

John W. Burge, Lancaster, and Michael L. Brungo, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, ZAPPALA and CAPPY, JJ., dissent.